BERGEN–EASTERN CORP. v. SOPHIA KOSS.

April 15, 1981.

Petition for certification granted.   (See 178 *N.J.Super.* 42)

STATE OF NEW JERSEY v. RONALD PATERSON.

April 15, 1981.

Petition for certification denied.

KAPLAN AT FARRINGTON LAKE CORP.
v. LEONARD SENDELSKY.

April 15, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. LORNA WILCOX.

April 15, 1981.

Petition for certification denied.